CHARLOTTE A. ALLERTON, Respondent, *v.* EDGAR W. STEELE, Appellant.

*Allerton v. Steele,* 76 App. Div. 622, affirmed.
(Argued June 15, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*S. L. Wheeler* for appellant.

*C. J. Vert* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN TIMMERMAN, Respondent.

*People v. Timmerman,* 79 App. Div. 565, affirmed.
(Submitted June 15, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1903, which reversed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of the Sanitary Code of the city of New York and granted a new trial.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* of counsel), for appellant.

*James E. Smith* for respondent.

Order affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.